IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WEALE, in his individual capacity and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,<br><br>Defendant. | Civil Action No. 05-1165<br><br>Chief Judge Donetta W. Ambrose |

## CONSENT TO OPT INTO LAWSUIT AND DISMISS CLAIMS

All eight hundred ninety-seven (897) individuals identified in the attached chart ("Opt Ins") consent to opt in the lawsuit styled <u>Michael Weale, in his individual capacity and on behalf of all others similarly situated v. Cellco Partnership d/b/a Verizon Wireless</u>, Civil Action No. 05-1165, that is currently pending in the United States District Court for the Western District of Pennsylvania for purposes of participating in settlement of the case. Opt Ins further agree to dismiss with prejudice any and all claims against Cellco Partnership d/b/a Verizon Wireless that were or could have been raised in the above-styled lawsuit.

PII-1132920v1

Dated: August 28, 2006

MICHAEL WEALE

By: _____
    R. Bruce Carlson, Esq.
    Gary F. Lynch, Esq.

Carlson Lynch Ltd.
Attorneys at Law
36 North Jefferson Street
P.O. Box 7635
New Castle, PA 16107
(724) 656-1555

Attorneys for Michael Weale


CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS

By: _____
    Amy E. Dias, Esq.

Jones Day
500 Grant Street, Suite 3100
Pittsburgh, Pennsylvania 15219-2502
Telephone: (412) 391-3939

Attorneys for Cellco Partnership d/b/a Verizon Wireless


SO ORDERED this __28th__ day of __Aug.__, 2006.

                                        SO ORDERED

                                    _____
                                    Hon. Donetta W. Ambrose
                                    Chief U.S. District Judge