## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL WEALE, in his individual capacity and on behalf of all others similarly situated,

      Plaintiff,

  v.

CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,

      Defendant.

Civil Action No. 05-1165

Chief Judge Donetta W. Ambrose

## ORDER OF DISMISSAL WITH PREJUDICE

After a confidential *in camera* review of the Confidential Global Settlement Agreement presented by the parties as well as the Confidential Agreement and Releases of Michael Weale ("Plaintiff") and one thousand (1000) individuals filing consents to opt in this case ("Opt Ins"), the Court determines that the terms of the settlement of this litigation are fair and reasonable, including the amounts paid to Plaintiff and Opt Ins as well as the fees paid to Plaintiff's attorneys. Accordingly, the Court approves the settlement and hereby DISMISSES WITH PREJUDICE any and all claims that were or could have been raised in the above-styled lawsuit by Plaintiff and each of the Opt Ins. Each party shall bear its own costs in this litigation.

SO ORDERED this _3d_ day of January 2007.

        SO ORDERED

        *Donetta F. Ambrose*

        Hon. Donetta W. Ambrose
        Chief U.S. District Judge